UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY G. SIMONSON and REBECCA I. SIMONSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>M/V LUCKY BUCK, Official Number 567411, her engines, machinery, equipment, tackle, appurtenances, etc., in rem; M/V SPEEDWELL, Official Number 594754, her engines, machinery, equipment, tackle, appurtenances, etc., in rem; WILLIAM R. ORR and JANE DOE ORR, husband and wife and their marital community comprised thereof; JOHN KELLEY and JANE DOE KELLEY, husband and wife and their marital community comprised thereof; GREGORY THOMAS and JANE DOE THOMAS, husband and wife and their marital community comprised thereof; TKO FISHERIES LIMITED, a Washington corporation,<br><br>Defendants. | **IN ADMIRALTY**<br><br>No. 17-cv-1724<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF WARRANTS FOR ARREST** |

THIS MATTER came on to be heard upon the Verified Complaint and Motion for Issuance of Warrants for Arrest of plaintiffs Stanley G. Simonson and Rebecca I. Simonson seeking an Order authorizing the arrest of the following under Rule C and Rule E of the

*Order Granting Motion for Issuance of Warrants for Arrest - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

Supplemental Rules for Admiralty and Maritime Claims to the Federal Rules of Civil Procedure and LAR 116:

(1) The M/V LUCKY BUCK, Official Number 567411, and its engines, machinery, tools, fishing nets and other fishing gear, fish processing equipment, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to such vessel, whether now owned or hereafter acquired, and whether on board or not; all present and future accessions to such vessel, equipment and appurtenances, and all other additions, improvements, and replacements hereafter made in or to such vessel, equipment and appurtenances to the M/V LUCKY BUCK, and

(2) The M/V SPEEDWELL, Official Number 594754, and its engines, machinery, tools, fishing nets and other fishing gear, fish processing equipment, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to such vessel, whether now owned or hereafter acquired, and whether on board or not; all present and future accessions to such vessel, equipment and appurtenances, and all other additions, improvements, and replacements hereafter made in or to such vessel, equipment and appurtenances to the M/V SPEEDWELL

Having reviewed the record and having considered the evidence, in particular the Verified Complaint; the Motion; and any response or reply thereto; and the pleadings and records on file herein; and the Court being fully advised; now, therefore, the Court FINDS:

(1) The conditions for an in rem action against the vessel M/V LUCKY BUCK appear to exist pursuant to Rule C(3)(a)(i) of the Supplemental Rules of Admiralty and Maritime Claims;

(2) The conditions for an in rem action against the vessel M/V SPEEDWELL appear to exist pursuant to Rule C(3)(a)(i) of the Supplemental Rules of Admiralty and Maritime Claims;

(3) The M/V LUCKY BUCK is currently moored at Lake Union Drydock, and is accordingly within the Western District of Washington and the jurisdiction of this Court;

(4) The M/V SPEEDWELL is currently moored at Lake Union Drydock, and is accordingly within the Western District of Washington and the jurisdiction of this Court;

(5) The Simonsons are entitled to seek enforcement of their preferred mortgage maritime lien and foreclosure of the Preferred Ship Mortgage secured by the M/V LUCKY BUCK;

(6) The Simonsons are entitled to seek enforcement of their preferred mortgage maritime lien and foreclosure of the Preferred Ship Mortgage secured by the M/V SPEEDWELL;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the arrest of the vessels M/V LUCKY BUCK and the M/V SPEEDWELL is authorized.

//

//

//

//

The United States District Court Clerk shall forthwith issue Warrants for Arrest of the defendant vessels M/V LUCKY BUCK, Official Number 567411, and the M/V SPEEDWELL, Official Number 594754 that shall be delivered to the United States Marshal for service and execution.

DATED this 16 day of November, 2017.

HONORABLE R. S. Martinez
United States District Court Judge

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/Bradley R. Duncan*
Bradley R. Duncan, WSBA #36436
Andrew G. Murphy, WSBA #46664
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
E-mail: bradley.duncan@hcmp.com
andy.murphy@hcmp.com

Attorneys for Plaintiffs Stanley G. Simonson and Rebecca I. Simonson

ND: 12581.020 4818-7177-7361v1