UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY G. SIMONSON and REBECCA I. SIMONSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>M/V LUCKY BUCK, Official Number 567411, her engines, machinery, equipment, tackle, appurtenances, etc., in rem; M/V SPEEDWELL, Official Number 594754, her engines, machinery, equipment, tackle, appurtenances, etc., in rem; WILLIAM R. ORR and JANE DOE ORR, husband and wife and their marital community comprised thereof; JOHN KELLEY and JANE DOE KELLEY, husband and wife and their marital community comprised thereof; GREGORY THOMAS and JANE DOE THOMAS, husband and wife and their marital community comprised thereof; TKO FISHERIES LIMITED, a Washington corporation,<br><br>Defendants. | **IN ADMIRALTY**<br><br>No. \_17-cv-01724_____<br><br>**[PROPOSED] ORDER APPOINTING SUBSTITUTE CUSTODIAN** |

THIS MATTER having come before the Court on Plaintiffs' Verified Motion for Appointment of Substitute Custodian, the Court having reviewed the record and having considered the evidence, in particular the plaintiffs' Verified Complaint; the Motion; the Declaration of Proposed Substitute Custodian Jeffrey T. Osborn; the Declaration of Andrew

*Order Appointing Substitute Custodian - 1*

Murphy; and any response or reply thereto; and the pleadings and records on file herein; and the Court being fully advised; now, therefore, the Court hereby FINDS the following:

1. That the defendant vessels M/V LUCKY BUCK, Official Number 567411, and the M/V SPEEDWELL, Official Number 594754, are currently within the Western District of Washington, and this Court has jurisdiction over the *res* pursuant to 28 U.S.C. § 1333(1) and Rules C and E of the Supplemental Rules of Admiralty and Maritime Claims to the Federal Rules of Civil Procedure.

2. Plaintiffs Stanley G. Simonson and Rebecca I. Simonson have filed a Verified Complaint *in rem* seeking the arrest of the vessels M/V LUCKY BUCK and the M/V SPEEDWELL and their respective engines, machinery, tools, fishing nets and other fishing gear, fish processing equipment, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to such vessels, whether now owned or hereafter acquired, and whether on board or not; all present and future accessions to such vessels, equipment and appurtenances, and all other additions, improvements, and replacements hereafter made in or to such vessel, equipment and appurtenances to the vessels pursuant to Rules C and E of the Supplemental Rules of Admiralty and Maritime Claims to the Federal Rules of Civil Procedure. The Simonsons seek to foreclose the Preferred Ship Mortgages dated April 1, 2011 filed at the National Vessel Documentation Center in accord with the requirements of 46 U.S.C. § 31321 and 46 U.S.C. § 31322. The M/V LUCKY BUCK and the M/V SPEEDWELL will be arrested by the United States Marshal pursuant to an Order that has been presented contemporaneously to this Court.

3. The M/V LUCKY BUCK and the M/V SPEEDWELL are presently located within this District at Lake Union Drydock. Jeff Osborn has agreed to assume control of the

*Order Appointing Substitute Custodian - 2*

M/V LUCKY BUCK and the M/V SPEEDWELL after they are arrested by the United States Marshal. Mr. Osborn will moor the vessels at Lake Union Drydock for their safekeeping while they are in his custody.

4. The daily fees Mr. Osborn will charge are $50 and $65 for the M/V LUCKY BUCK and $45 for the M/V SPEEDWELL. The Simonsons will directly satisfy all fees of Mr. Osborn and all moorage fees to Lake Union Drydock in the amount of $1,745 per month and any fee charged by Lake Union Drydock for the proportionate consumption of electricity.

5. The fees and expenses Mr. Osborn will charge and the fees for moorage are less than the cost of leaving the property in the custody of the United States Marshal.

6. Mr. Osborn has no interest in the outcome of this action.

7. The vessels will not be moved and no person except Mr. Osborn and his business associate Paul LaRussa will be allowed to enter on the vessels except as necessary to transfer the vessels to the facilities where Mr. Osborn will store the vessels for their safekeeping and except as necessary to adequately safekeep and protect the property, except as may be expressly ordered by the Court.

8. The Simonsons have obtained the insurance coverage required by LAR 135.

9. The Simonsons agree to release the United States and the United States Marshal from any and all liability and responsibility arising out of the care and custody of the vessels, from the time the Marshal transfers possession of the vessels to Mr. Osborn until the vessels are released or sold, and agrees to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

10. Mr. Osborn accepts appointment as substitute custodian and possession of the M/V LUCKY BUCK and M/V SPEEDWELL and will keep the vessels for the duration of his appointment as the substitute custodian.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that

1. Jeff Osborn is hereby appointed as the Substitute Custodian of the M/V LUCKY BUCK and M/V SPEEDWELL and is authorized to retain the vessels in his custody for possession and safekeeping for compensation in the amount of between $50 and $65 for the M/V LUCKY BUCK and $45 for the M/V SPEEDWELL, in addition to all expenses, an hourly fee of $65 for the arrest, inventory, securing the vessels, and required vessel repairs or cleanup, and an annual fee of $500 per vessel. There shall not be any subsequent increase in the cost of the custodianship or movement of the property or changes in the arrangements except upon further Order of this Court.

2. The United States Marshal for the Western District of Washington, be and is hereby authorized and directed to surrender possession of the vessels the M/V LUCKY BUCK, Official Number 567411, and the M/V SPEEDWELL, Official Number 594754, and their respective engines, machinery, tools, fishing nets and other fishing gear, fish processing equipment, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to such vessels, whether now owned or hereafter acquired, and whether on board or not; all present and future accessions to such vessels, equipment and appurtenances, and all other additions, improvements, and replacements hereafter made in or to such vessel, equipment and appurtenances to the vessels to Jeff Osborn, and that upon such surrender, the United States Marshal shall be discharged

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

from his duties and responsibilities for the safekeeping of the M/V LUCKY BUCK and M/V SPEEDWELL.

3. The United States Marshal shall incur no further costs or charges arising out of the arrest and custody of the M/V LUCKY BUCK and M/V SPEEDWELL without further Order of this Court.

4. The Simonsons will directly pay compensation for Mr. Osborn, including safekeeping, shifting or movement or other expenses incident to the custody of the M/V LUCKY BUCK and M/V SPEEDWELL during the pendency of this litigation, with the exception of moorage, directly to Mr. Osborn. All expenses for safekeeping of the M/V LUCKY BUCK and M/V SPEEDWELL while in the custody of the Substitute Custodian shall be deemed administrative expenses upon motion of the Simonsons after the release or judicial sale of M/V LUCKY BUCK and M/V SPEEDWELL and will be taxable costs under LAR 135

//

//

//

//

//

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

5. The Simonsons' counsel is directed to serve a copy of this Order on William Orr, who is the registered agent of Signature Seafoods, which in turn is the owner of the M/V LUCKY BUCK and M/V SPEEDWELL, and is relieved from any obligation to serve a copy on the master of the vessels.

DATED this 16 day of November, 2017.

_____
HONORABLE R. Martinez
United States District Court Judge

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By  *s/Bradley R. Duncan*
    Bradley R. Duncan, WSBA #36436
    Andrew G. Murphy, WSBA #46664
    999 Third Avenue, Suite 4600
    Seattle, WA 98104
    Tel: (206) 623-1745
    Fax: (206) 623-7789
    E-mail: bradley.duncan@hcmp.com
    andy.murphy@hcmp.com

Attorneys for Plaintiffs Stanley G. Simonson and Rebecca I. Simonson

ND: 12581.020 4825-7897-6337v1