THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY G. SIMONSON and REBECCA I. SIMONSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>M/V LUCKY BUCK, Official Number 567411, her engines, machinery, equipment, tackle, appurtenances, etc., in rem; M/V SPEEDWELL, Official Number 594754, her engines, machinery, equipment, tackle, appurtenances, etc., in rem; WILLIAM R. ORR and JANE DOE ORR, husband and wife and their marital community comprised thereof; JOHN KELLEY and JANE DOE KELLEY, husband and wife and their marital community comprised thereof; GREGORY THOMAS and JANE DOE THOMAS, husband and wife and their marital community comprised thereof; TKO FISHERIES LIMITED, a Washington corporation,<br><br>Defendants. | **IN ADMIRALTY**<br><br>No. 2:17-cv-01724 RAJ<br><br>**STIPULATION AND ORDER TO RELEASE VESSEL FROM ARREST AND TO DISMISS CASE** |

## **STIPULATION**

At Dkt. 30, the Court entered an order of default barring the claims of all persons, excepting the record owner, claimant Signature Seafoods, Inc., against the vessel M/V LUCKY BUCK, Official Number 567411. Dkt. No. 30. Subsequently, the Court entered a

*STIPULATION AND ORDER TO RELEASE VESSEL
FROM ARREST AND TO DISMISS CASE
(2:17-CV-01724 RAJ) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

Stipulated Judgment and Order of Foreclosure directing the United States Marshal to cause the M/V LUCKY BUCK to be sold at public auction. Dkt. 33. That sale has not yet occurred and, in the meantime, the parties to this case have reached a settlement of all claims in this lawsuit. The settlement involves, in part, the private sale of the M/V LUCKY BUCK to a non-party. Accordingly, the parties, through undersigned counsel, hereby stipulate and agree that, to facilitate the sale of the M/V LUCKY BUCK free and clear of all claims, (i) the Order barring all claims at Dkt. No. 30 should be amended to reflect the correct Official Number of the M/V LUCKY BUCK; (ii) the M/V LUCKY BUCK should be released from arrest so that it may be sold at private sale; and (iii) pursuant to Federal Rule of Civil Procedure 41(a)(1), this case should be dismissed without prejudice and without award of costs or attorneys' fees to either side.

## **ORDER**

1. The Order at Dkt. 30 is VACATED, and the Court ORDERS as follows: Default is entered barring the claims of all persons, excepting the record owner Signature Seafoods, Inc., against the vessel M/V LUCKY BUCK, Official Number 567411.

2. The United States Marshal and Substitute Custodian appointed at Dkt. No. 9 are ORDERED to release the M/V LUCKY BUCK from arrest.

*///*

*///*

*///*

*///*

*///*

*///*

*STIPULATION AND ORDER TO RELEASE VESSEL*
*FROM ARREST AND TO DISMISS CASE*
*(2:17-CV-01724 RAJ) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

3. Pursuant to Fed. R. Civ. P. 41(a)(1), this case is DISMISSED without prejudice and without award of costs or attorneys' fees to either side. Nothing in in this Order shall operate to vacate any findings or conclusions reached by Court in this action.

SO ORDERED on this 2nd day of July, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

*STIPULATION AND ORDER TO RELEASE VESSEL
FROM ARREST AND TO DISMISS CASE
(2:17-CV-01724 RAJ) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745